RAY GARWACKI, JR., Esq. State Bar #100765
KAREN A. RAGLAND, Esq., State Bar #108560
GARWACKI & ASSOCIATES
5111 Dahlia Drive, Suite A
Los Angeles, California 90041
(323) 344-4100

Attorneys for Plaintiff
ALLIANT CREDIT UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANT CREDIT UNION<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE VESSEL, "EAGLE'S REST", her rigging, engines, boilers, tackle, etc. and all other necessaries thereunto appertaining and belonging in Rem; STEVEN E. THOMAS aka STEVEN THOMAS, in Personam,<br><br>　　　　Defendants.<br>_____/ | CASE NO.　3:09-cv-01616-JL<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND TO APPEAR TELEPHONICALLY**<br><br>Dated:　July 29, 2009<br>Time:　10:30 a.m.<br>Place:　Courtroom of Magistrate Larson |

I, KAREN A. RAGLAND, declare as follows:

1.　I am an attorney at law duly licensed to practice in all courts in the State of California, and am a member in good standing in the United States District Court for Northern California. I am one of the attorneys responsible for the representation of Plaintiff in the above-captioned case.

2.　As counsel of Plaintiff, I hereby request the Case Management Conference ("CMC") set for July 29, 2009 at 10:30 am before this Court be continued for thirty (30) days. The Defendant has not yet appeared in this action, which is a maritime case. The Defendant was just sub-served with the Summons and Complaint earlier this month. As a result, this case is not yet at issue.

Request for Continuance of Case Management Conference　　　　　　　　　　　　　　　1

3. Also, as of today's date, I have not received any type of response from the Defendant, who was sub-served through his sister, at his last known address in San Francisco. Therefore, I submit that the Case Management Conference should be continued to allow the Defendant sufficient time to respond to the Summons and Complaint. I request that this CMC be continued to August 26, 2009 at 10:30 a.m. This date provides the Defendant adequate time to respond to the complaint.

4. Further, I request that I be allowed to appear telephonically at the CMC in August, 2009. Our offices are located in Los Angeles, California. To travel to San Francisco for this appearance would incur additional expenses for the Plaintiff. Therefore, it would be difficult to personally appear at the Case Management Conference on behalf of Plaintiff if I am not allowed to appear telephonically.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of July, 2009 in Los Angeles, California.

_____
KAREN A. RAGLAND

**Case management conference is continued to September 16, 2009 @ 10:30 a.m. and plaintiff's counel may appear telephonically.**

IT IS SO ORDERED
Judge James Larson

Request for Continuance of Case Management Conference                                    2

In Re: Thomas, Steven E.
Case No. 3:09-cv-01616-JL

## PROOF OF SERVICE

I, Erin Mascorro, declare as follows:

1. I am employed in the County of Los Angeles, California and am over the age of eighteen and not a party to the within action. My business address is: 5111 Dahlia Drive, Suite A, Los Angeles, California 90041.

2. On July 27, 2009, I served the foregoing documents described as **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND TO APPEAR TELEPHONICALLY** on interested parties in this action by placing a true and correct copy thereof enclosed in the sealed envelope addressed as follows:

Steven E. Thomas aka Steven Thomas
88 Perry Street, #203
San Francisco, CA 94972

__XX__ U.S. MAIL I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ STATE __XX__ FEDERAL

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct and if called upon, I could and would competently testify thereto.

Executed July 27, 2009, at Los Angeles, California.

_____
Erin Mascorro

Request for Continuance of Case Management Conference          3